**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LINDA BAILEY )<br>          Plaintiff, )<br>vs. )<br>          )<br>TERRELL ISD, )<br>          Defendant. ) | <br><br>No.  3:12-CV-3962-N-BH<br><br><br>Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The plaintiff's request to reopen her case is **GRANTED,** and the Clerk of Court is instructed to reinstate the case and the referral to the assigned U.S. Magistrate Judge.

The plaintiff is hereby **expressly warned that her lawsuit will be subject to dismissal** *with prejudice* if she does not file full and complete answers to the copy of the second magistrate judge's questionnaire attached to the recommendation within 14 days from the date of this order.

**SIGNED this 11th day of March, 2013.**

_____
**UNITED STATES DISTRICT JUDGE**