**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| LINDA BAILEY | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:12-CV-3962-N-BH |
| | ) | |
| TERRELL ISD, | ) | |
|     Defendant. | ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

    SIGNED this 25th day of April, 2014.

    _____
    UNITED STATES DISTRICT JUDGE